# FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 381-0284
Writer's email: michael@fishertaubenfeld.com

November 9, 2021

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Nunez et al. v. 2103 Honeywell LLC et al.
Case No.: 21-cv-601 (MKV)

Dear Judge Vyskocil:

We represent Plaintiffs in this matter. We write to advise the Court that we do not oppose Defendants' motion to vacate the entry of the default. However, because Defendants' counsel does not represent Lineage Properties LLC, we ask that the default against them not be vacated.

We also jointly write with Defendants to request that the Court refer this case to mediation and that Defendants' deadline to file an answer be extended to November 30, 2021.

Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld

**GRANTED.** For good cause shown pursuant to Federal Rule of Civil Procedure 55(c), the Clerk of the Court respectfully is requested to vacate the entry of default with respect to Defendants Honeywell LLC, Ephraim Fruchthandler and Eli Fruchthandler. By separate order, the Court will refer the parties to mediation. Defendants Honeywell LLC, Ephraim Fruchthandler and Eli Fruchthandler time to respond to the Complaint is hereby extended to November 30, 2021. The Motion for Default Judgment at ECF No. 30 is denied without prejudice as it pertains to all Defendants in this matter. The Clerk of the Court respectfully is requested to terminate the Motions at ECF Nos. 30 and 34. **SO ORDERED.**

Date: 11/19/2021
New York, New York

Mary Kay Vyskocil
United States District Judge