F I S H E R  |  T A U B E N F E L D  LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 381-0284
Writer's email: michael@fishertaubenfeld.com

February 1, 2022

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2022

Re: Nunez et al. v. 2103 Honeywell LLC et al.
Case No.: 21-cv-601 (MKV)

Dear Judge Vyskocil:

    We represent Plaintiffs in this matter. The parties jointly respectfully request that the Court adjourn the February 9, 2022 initial conference for 30 days. The reason for the request is that the parties are scheduled to attend court-ordered mediation on February 16, 2022 and wish to devote their time and resources into resolving this matter. We therefore ask for the adjournment.

    Thank you for your attention to the above.

Respectfully Submitted,
--------------------/s/-------------------
Michael Taubenfeld

**GRANTED. The Initial Pre-Trial Conference scheduled for February 9, 2022 is hereby adjourned to March 16, 2022 at 10:00am. SO ORDERED.**

Date: 2/1/2022
New York, New York

Mary Kay Vyskocil
United States District Judge