**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**AGUSTIN ANTONIO HICIANO NUNEZ, and JOSE AYENDE, individually and on behalf of others similarly situated,**

                    **Plaintiffs,**

    -against-

**2103 HONEYWELL LLC, LINEAGE PROPOERTIES LLC, EPHRAIM FRUCHTHANDLER, and ELI FRUCHTHANDLER,**

                    **Defendants.**
------------------------------------------------------------------------X

Docket No.: 21-cv-601 (MKV)

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)**

WHEREAS, on January 22, 2021, Plaintiffs filed a complaint, which asserted claims for, *inter alia*, alleged unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and New York Labor Law, and related claims under New York Labor Law;

WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which are incorporated herein by reference, and which have been judicially approved as fair and reasonable; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and a facsimile or electronic signature shall be sufficient for all purposes.

| Fisher Taubenfeld LLP | Franklin, Gringer & Cohen, P.C. |
|---|---|
| By: *Michael Taubenfeld* | By: *[signature]* |
| Michael Taubenfeld, Esq. | Danielle E. Mietus, Esq. |
| 225 Broadway, Suite 1700 | 666 Old Country Road, Suite 202 |
| New York, New York 10007 | Garden City, New York 11530 |
| Telephone: 212-571-0700 | Telephone: 516-228-3131 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Dated: 4/20/22 | Dated: 4/19/2022 |

SO ORDERED:

_____